Harriet E. Winans, Appellant, v. Rochester Railway Company, Respondent. — Judgment affirmed, with costs. All concurred. Robson, J. not sitting.

Mary J. Shirley, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

The People of the State of New York, Respondent, v. George J. Bauer, Appellant.— Judgment affirmed. All concurred.

William J. Welch, Appellant, Respondent, v. John Berry, Respondent, Appellant.— Judgment affirmed, without costs. New trial to be had in Justice's Court on Tuesday, June 15, 1909, at ten A. M. All concurred.

The People of the State of New York, Respondent, v. Martin Murray, Appellant.— Judgment affirmed. All concurred.

Maynard N. Clement, as State Commissioner of Excise, Respondent, v. Two Barrels of Whisky and Divers Other Liquors. James McManus, Answering Appellant.— Motion to dismiss appeal denied, without costs.